**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 518 EAL 2014
                                                   :
              Respondent         :
                                                   : Petition for Allowance of Appeal from the
                                                   : Order of the Superior Court
                 v.                        :
                                                   :
                                                   :
DARCEL  BAINES,                      :
                                                   :
              Petitioner           :

**<u>ORDER</u>**

**PER CURIAM**

      **AND NOW**, this 1st day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.